IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN CHEESE GROUP, INC., a
Wisconsin corporation,

    Plaintiff/Counter-Defendant,

v.

V & V SUPREMO FOODS, INC., an Illinois
corporation,

    Defendant/Counter-Plaintiff.

Case No. 07-C-0219-C

Judge Crabb
Magistrate Judge Crocker

### ORDER

Judgment is hereby entered pursuant to Fed. R. Civ. P. 58:

1. Judgment is entered in favor of Wisconsin Cheese Group, Inc. on Count I of the Complaint. The decision of the Trademark Trial and Appeal Board in Cancellation Action No. 92/044,301 is reversed.

2. The parties shall bear their own attorney's fees and costs.

3. The remaining claims in the above-captioned action are hereby dismissed with prejudice.

BY: *Barbara B. Crabb*
United States District Court
Western District of Wisconsin

Dated: **April 9,** , 2008

Entered this 9th day of April, 2008.

*Theresa M. Owens*
Theresa M. Owens, Clerk of Court